# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00118-CR
NO. 03-13-00119-CR
NO. 03-13-00120-CR
NO. 03-13-00121-CR

**Reginald Hamilton, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
NOS. CR23,400, CR23,401, CR 23,425, CR23,454
HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING**

**O R D E R**

**PER CURIAM**

Appellant's motion for extension of time to file brief is granted. Appellant's counsel, Jack F. Holmes, is ordered to tender a brief in this cause no later than September 3, 2013. No further extensions of time will be granted. Failure to file the brief timely may result in an order for attorney Holmes to show cause why he should not be held in contempt of court.

It is ordered on August 20, 2013.

Before Justices Puryear, Rose and Goodwin

Do Not Publish